**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Virginia G. Kaufer, | No. CV 05-1648-PHX-JAT |
| Plaintiff, | **ORDER** |
| vs. | |
| General Electric Company, a Connecticut corporation, | |
| Defendant. | |

On February 7, 2006, Plaintiff Virginia Kaufer filed a Motion to Dismiss by Stipulation of the Parties. Pursuant to the terms of the Stipulation to Dismiss, on February 9, 2006, the Court Ordered the case dismissed with prejudice, each side to bear their own costs and fees. The order of dismissal was entered and this case was terminated.

On April 27, 2006, the Plaintiff filed a Motion to Change Wording of Stipulation to Dismiss. The Plaintiff asks the Court to change the wording of the Order from "dismissed with prejudice, each party to bear their own costs and attorney's fees incurred herein," to read only "dismissed without prejudice." On May 1, 2006, the Plaintiff filed a Motion to remove her attorney from the case and to proceed *pro se.*

The Defendant filed a Response on May 8, 2006. The Defendant argues that the Court lacks jurisdiction to provide the relief requested by the Plaintiff. The Court agrees.

The Plaintiff in this case voluntarily dismissed this case by filing a stipulation of dismissal signed by all parties in the action. *See* Fed. R. Civ. P. 41(a)(1)(ii). The

1  stipulation explicitly specified that the dismissal was **with prejudice**. *See id.* Entry of a
2  voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1)(ii) divests a court of
3  further subject matter jurisdiction over the case. *Commercial Space Mgmt. Co. v. Boeing
4  Co.,* 193 F.3d 1074, 1077 (9th Cir. 1999); *O'Connor v. Colvin,* 70 F.3d 530, 532 (9th
5  Cir.1995).  This Court no longer has jurisdiction over the Plaintiff's case and does not
6  have discretion to change the terms and conditions of the order of dismissal. *Commercial
7  Space Mgmt. Co.,* 193 F.3d at 1077.  The Plaintiff's request to proceed without counsel is
8  moot.

9       Accordingly,

10      IT IS ORDERED DENYING the Plaintiff's Motion to Change Wording of
11 Stipulation to Dismiss (doc. 23) and DENYING the Plaintiff's Motion to Proceed *Pro Se*
12 (doc. 24).

13      DATED this 11th day of May, 2006.

James A. Teilborg
United States District Judge